UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00137

———

**Kelsey Oliver,**
*Plaintiff,*

v.

**Child Protective Services et al.,**
*Defendants.*

———

**ORDER**

Plaintiff, proceeding pro se, brought this action individually and on behalf on her six children, asserting various constitutional and state law claims. Doc. 5. The case was referred to a magistrate judge. The magistrate judge issued a report recommending that plaintiff's and her children's claims be dismissed without prejudice. Doc. 6. Plaintiff received this report but did not file timely objections. Doc. 7.

When there have been no timely objections to a report and recommendation, the court reviews the record only for clear error. Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment; *see also Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

The court has reviewed the record and is satisfied that it contains no clear error. As such, the court accepts the magistrate judge's findings and recommendations. Plaintiff's and her children's claims are dismissed without prejudice. All pending motions are denied as moot.

So ordered by the court on September 16, 2025.

J. Campbell Barker
United States District Judge